JOSEF SADAT (282485)
9595 WILSHIRE BLVD., SUITE 900
BEVERLY HILLS, CA 90210
OFFICE: (310) 300-8435
CELL: (310) 709-6291
FAX: (310) 300-8401
josadatcriminaldefense@gmail.com
Attorney for Defendant,
ADAM IZA

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO.: 2:24-cr-00630-PA |
|---|---|---|
| | ) | ORDER RE |
| Plaintiff, | ) | [PROPOSED] ORDER ON |
| | ) | DEFENDANT'S EX PARTE |
| vs. | ) | APPLICATION TO ALLOW FOR |
| | ) | EXTENSION OF FILING DEADLINE |
| ADAM IZA. | ) | FOR JOINT STATEMENT RE: |
| | ) | REVIEW OF DETENTION ORDER |
| Defendant. | ) | |

Court has read and considered Defendant's Ex Parte Application to extend the deadline for the filing of a Joint Statement on the Application to Review the Order of Detention.

FOR GOOD CAUSE SHOWN, the deadline for filing a Joint Statement on the Application to Review the Order of Detention in the above-captioned case is extended from October 29, 2024 to November 1, 2024.

IT IS SO ORDERED.

**DENIED**
BY ORDER OF ***
*[signature]*
UNITED STATES DISTRICT JUDGE
10/30/24

_____          _____
DATE                                                            HONORABLE PERCY ANDERSON
                                                                      UNITED STATES DISTRICT JUDGE

***Denied as moot.

-1-

United States of America v. Adam Iza
[Proposed] Order on Ex Parte Application to Extend Filing Deadline
CASE NO.: 2:24-cr-00630-PA