BILAL A. ESSAYLI
United States Attorney
LINDSEY GREER DOTSON
Assistant United States Attorney
Chief, Criminal Division
J. JAMARI BUXTON (Cal. Bar No. 342364)
Assistant United States Attorney
Public Corruption and Civil Rights Section
MAXWELL COLL (Cal. Bar No. 312651)
Assistant United States Attorney
Cyber and Intellectual Property Crimes Section
    1500 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-3519/1785
    Facsimile: (213) 894-0141
    E-mail:   jamari.buxton@usdoj.gov
              maxwell.coll@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>      v.<br><br>ADAM IZA,<br>  aka "The Godfather,"<br>  aka "Ahmed Faiq,"<br>  aka "Diego,"<br>  aka "Diego Facebook,"<br>  aka "Tony Brambilla,"<br>  aka "Leo,"<br><br>      Defendant. | No. 2:24-cr-00630-PA<br><br>ORDER CONTINUING SENTENCING HEARING FOR DEFENDANT ADAM IZA<br><br>**SENTENCING HEARING:**<br>December 15, 2025 at 8:30 a.m. |

    The Court finds good cause to continue the sentencing date for defendant ADAM IZA to December 15, 2025 at 8:30 a.m.  Sentencing position papers are due on or before November 24, 2025.

    IT IS SO ORDERED

May 6, 2025
DATE

PERCY ANDERSON
UNITED STATES DISTRICT JUDGE

Presented by:

*/s/ J. Jamari Buxton*
J. JAMARI BUXTON

2