FILED
CLERK, U.S. DISTRICT COURT

10/21/2025

CENTRAL DISTRICT OF CALIFORNIA
BY: ___kss___ DEPUTY

BILAL A. ESSAYLI
Acting United States Attorney
ALEXANDER B. SCHWAB
Assistant United States Attorney
Acting Chief, Criminal Division
MAXWELL COLL (Cal. Bar No. 312651)
Assistant United States Attorney
National Security Division
    1500 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-1785
    Facsimile: (213) 894-0141
    E-mail:   maxwell.coll@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:24-cr-00630-PA |
|---|---|
| Plaintiff, | ORDER CONTINUING SENTENCING HEARING FOR DEFENDANT ADAM IZA |
| v. | **SENTENCING HEARING:** March 2, 2026 at 8:30 a.m. |
| ADAM IZA, aka "The Godfather," aka "Ahmed Faiq," aka "Diego," aka "Diego Facebook," aka "Tony Brambilla," aka "Leo," | |
| Defendant. | |

The Court finds good cause to continue the sentencing date for

defendant ADAM IZA to March 2, 2026 at 8:30 a.m.

IT IS SO ORDERED

October 21, 2025
DATE

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE

Presented by:

/s/ Maxwell K. Coll
MAXWELL K. COLL