MAXWELL K. COLL (Cal. Bar No. 312651)
Assistant United States Attorney
Deputy Chief, National Security Division
312 N. Spring St., 15th Floor, Los Angeles, CA 90012
Telephone: (213) 894-1785

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | 2:24-CR-00630-PA |
| v. | |
| ADAM IZA | **NOTICE OF MANUAL FILING** **OR LODGING** |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☑ Filed ☐ Lodged: (**List Documents**)

Document for sealing and proposed order

**Reason:**

☑ Under Seal

☐ In Camera

☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐ Per Court order dated: _____

☐ Other:

April 16, 2026 _____
Date

Maxwell K. Coll, AUSA _____
Attorney Name

United States of America _____
Party Represented

*Note:   File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (05/15)                     NOTICE OF MANUAL FILING OR LODGING