TODD BLANCHE
Acting Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
IAN V. YANNIELLO
Assistant United States Attorney
Chief, National Security Division
MAXWELL K. COLL (Cal. Bar No. 312651)
Assistant United States Attorney
Deputy Chief, National Security Division
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-1785
     Facsimile: (213) 894-0141
     E-mail:    maxwell.coll@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:24-cr-00630-PA |
|---|---|
| Plaintiff, | FIFTH STIPULATION TO CONTINUE SENTENCING HEARING FOR DEFENDANT ADAM IZA |
| v. | |
| ADAM IZA, | **CURRENT SENTENCING HEARING:** August 31, 2026 at 8:30 a.m. |
| aka "The Godfather," aka "Ahmed Faiq," aka "Diego," aka "Diego Facebook," aka "Tony Brambilla," aka "Leo," | **[PROPOSED] SENTENCING HEARING:** October 5, 2026 at 8:30 a.m. |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney's Office for the Central District of California and Assistant United States Attorney Maxwell K. Coll, and defendant ADAM IZA ("defendant"), both individually and by and through his counsel of record, Josef Sadat, hereby stipulate and jointly request that the Court continue defendant's sentencing

hearing from August 31, 2026 to October 5, 2026 at 8:30 a.m.  In support of their request, the parties hereby stipulate as follows:

1.   On January 30, 2025, defendant pleaded guilty to a three-count Amended First Superseding Information charging him with conspiracy against rights, in violation of 18 U.S.C. § 241; wire fraud, in violation of 18 U.S.C. § 1343; and evasion of tax assessment, in violation of 26 U.S.C. § 7201.  (Dkt. Nos. 101, 107, 117.)

2.   On or about October 28, 2025, the United States Attorney's Office for the District of Connecticut charged defendant with one count of conspiracy to commit kidnapping, in violation of 18 U.S.C. § 1201(c), and one count of conspiracy to commit Hobbs Act robbery, in violation of 18 U.S.C. § 1951(a).  United States v. James Schwab, et al., CR No. 3:25-30 (SVN) (District of Connecticut).

3.   On June 3, 2026, defendant pleaded guilty to one count of conspiracy to commit a Hobbs Act robbery in the District of Connecticut.  (Dkt. 204.)  Defendant's sentencing before Judge Sarala V. Nagala in the District of Connecticut is scheduled for **August 27, 2026**.  (Dkt. 217.)

4.   Defendant Adam Iza is in BOP custody and was writted to the District of Connecticut to make his appearances in the Connecticut case.

5.   In the above-captioned case, this Court originally set defendant's sentencing for June 16, 2025 at 8:30 a.m.  (Dkt. No. 117.)  The parties previously requested a continuance of the sentencing date to Augst 31, 2026.  This is the parties' fifth request for a continuance.

6.    For these reasons, the parties jointly request that the Court continue defendant's currently scheduled sentencing date to October 5, 2026 at 8:30 a.m., so that defendant may be writted to the Central District of California for sentencing following the August 27, 2026 sentencing hearing in the District of Connecticut.

IT IS SO STIPULATED.

/s/ Maxwell K. Coll                    July 20, 2026
MAXWELL K. COLL                             Date
Assistant United States Attorney


/s/ via email authorization            July 20, 2026
JOSEF SADAT                            Date
Attorney for Defendant
ADAM IZA

3